UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
PAUL LEGRAND, :
:
                    Plaintiff, :
: Case No. 07 CV 3918(MGC)
                  -against- :
:
BARCLAYS CAPITAL, INC., :
:
                    Defendant. :
------------------------------------------------------------x

**Marcos Nadal,** being duly sworn deposes and says:
1. I am not a party to the above referenced action, am over 18 years of age, and reside at 30 Lake Street, White Plains, NY 10603.

2. On May 24, 2007, I personally served the **SUMMONS AND COMPLAINT** on the following:

Marguerite Murray
Barclays Capital
200 Park Avenue
New York, New York 10166


                                                                       _____
                                                                           Marcos Nadal

Sworn to before me this
24th day of May, 2007.

_____
NOTARY PUBLIC

CHRIS SOMER
Notary Public, State of New York
No. 01SO6072200
Qualified in Queens County
Commission Expires April 1, 20 10