UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| Paul H. Legrand, | : | 07 CV 3918 (MGC) |
| | : | |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
| v. | : | |
| | : | |
| Barclays Capital, Inc., | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Please enter the appearance of Robin D. Fessel, Matthew S. Fitzwater and Patrice A. Rouse of Sullivan & Cromwell LLP, as attorneys for Defendant Barclays Capital, Inc., in the above-captioned matter.

Dated:  New York, New York
        June 7, 2007

                                         Robin D. Fessel
                                         _____

                                         Robin D. Fessel (RF9194)
                                         Matthew S. Fitzwater (MF8706)
                                         Patrice A. Rouse (PR4138)
                                         SULLIVAN & CROMWELL LLP
                                         125 Broad Street
                                         New York, NY 10004
                                         (212) 558-4000

                                         *Counsel for Defendant Barclays Capital, Inc.*