UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Paul H. Legrand,

            Plaintiff,

     v.

Barclays Capital, Inc.,

            Defendant.

------------------------------------x

07 CV 3918 (MGC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

### STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

WHEREAS, on May 18, 2007, Plaintiff Paul H. Legrand filed a Complaint for damages under the Age Discrimination in Employment Act (the "ADEA") and the New York City Human Rights Law (the "Complaint") in the above captioned case;

WHEREAS, on May 24, 2007, Plaintiff Paul H. Legrand served the complaint on Defendant Barclays Capital, Inc.;

WHEREAS parties to this action have not previously requested any adjournments or extension of time;

IT IS HEREBY STIPULATED AND AGREED among the parties to this action that Defendant's time to answer, move to dismiss, or otherwise respond to the Complaint is extended to July 17, 2007.

Dated: New York, New York
       June 7, 2007

*/s/ Robin D. Fessel*
_____
Robin D. Fessel (RF9194)
Matthew S. Fitzwater (MF8706)
Patrice A. Rouse (PR4138)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000

*Counsel for Defendant*
*Barclays Capital, Inc.*

*/s/ Blaine H. Bortnick*
_____
Blaine H. Bortnick (BB3686)
Dina N. Weinberg (DW2822)
LIDDLE & ROBINSON, LLP
800 Third Avenue
New York, NY 10022
(212) 687-8500

*Counsel for Plaintiff Paul H. Legrand*

SO ORDERED, this 11th day of June 2007.

_____
Miriam G. Cedarbaum
United States District Judge