UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| Paul H. Legrand, | : | 07 CV 3918 (MGC) |
| | : | |
| Plaintiff, | : | **RULE 7.1 STATEMENT** |
| v. | : | |
| | : | |
| Barclays Capital, Inc., | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barclays Capital, Inc. discloses that Barclays Capital, Inc. is an indirect, wholly owned subsidiary of Barclays PLC. No other publicly-held company owns 10% or more of the stock of Barclays Capital, Inc.

Dated: New York, New York
       July 17, 2007

                                         /s/ Robin D. Fessel
                                         Robin D. Fessel (RF9194)
                                         Matthew S. Fitzwater (MF8706)
                                         Patrice A. Rouse (PR4138)
                                         SULLIVAN & CROMWELL LLP
                                         125 Broad Street
                                         New York, NY 10004
                                         (212) 558-4000

                                         *Counsel for Defendant Barclays Capital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2007, I caused a true and correct copy of the foregoing Defendant's Rule 7.1 Statement to be served by hand upon:

Blaine H. Bortnick
Liddle & Robinson LLP
800 Third Avenue
New York, New York 10022

*Attorneys for Plaintiff*

/s/ Patrice A. Rouse
Patrice A. Rouse (PR4138)