# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

May 23, 2008

**MEMO ENDORSED**

By Hand

Honorable Miriam G. Cedarbaum,
    United States District Court, Southern District of New York,
        United States Courthouse,
            500 Pearl Street, Courtroom 14A,
                New York, NY 10007-1312.

            Re:  *Legrand v. Barclays Capital Inc.*, No. 07 Civ. 3918

Dear Judge Cedarbaum:

        I write on behalf of both parties to respectfully request that the Court extend the date of submission of the Joint Pre-Trial Order in this matter from June 19, 2008 to July 31, 2008. The Court recently modified the discovery deadline in this matter from May 19, 2008 to June 19, 2008, however, the rescheduling of the Joint Pre-Trial Order date was apparently overlooked. The parties accordingly request that the Court grant the parties until July 31, 2008 in order to adequately prepare the Joint Pre-Trial Order.

Respectfully submitted,

*/s/ Robin D. Fessel*
Robin D. Fessel

cc: Blaine Bortnick, Esq.
    (Liddle & Robinson, LLP)

*Request granted.*
*So ordered.*

*United States District Judge*
*May 27, 2008*