# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

June 6, 2008

**MEMO ENDORSED**

By Hand

Honorable Miriam G. Cedarbaum,
  United States District Court, Southern District of New York,
    United States Courthouse,
      500 Pearl Street, Courtroom 14A,
        New York, NY 10007-1312.

   Re: *Legrand v. Barclays Capital Inc.*, No. 07 Civ. 3918

Dear Judge Cedarbaum:

   I write on behalf of both parties to request a brief extension of the discovery period for completion of expert discovery. At present, discovery is scheduled to be completed by June 19, 2008. The parties will complete fact discovery by that date. However, in order to allow the parties' damage experts additional time to complete their reports and give deposition testimony, the parties jointly request an extension to June 30, 2008 for completion of expert discovery.

                                                    Respectfully submitted,

                                                    /s/ Robin D. Fessel
                                                    Robin D. Fessel

cc: Blaine Bortnick, Esq.
    (Liddle & Robinson, LLP)

*Request granted.*
*So Ordered.*
*June 19, 2008*
*/s/*
*United States District Judge*