**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

PAUL LEGRAND,  :  07 CV 3918 (MGC)

                Plaintiff,  :

    -against-  :

                                        **NOTICE OF MOTION**

BARCLAYS CAPITAL, INC.  :

                Defendant.  :

----------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/09

PLEASE TAKE NOTICE that on January 22, 2009, at 9:30 a.m., or as soon thereafter as counsel can be heard, Plaintiff Paul Legrand, by and through his undersigned counsel, shall move in the United States District Court for the Southern District of New York, before the Honorable Miriam G. Cedarbaum, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for partial summary judgment against Defendant, Barclays Capital, Inc., on his claim of age discrimination.

PLEASE TAKE FURTHER NOTICE that in support hereof, Plaintiff shall rely on the accompanying Memorandum of Law, Plaintiff's Statement Pursuant to Local Civil Rule 56.1, the Affirmation of Blaine H. Bortnick, executed December 12, 2008 and the exhibits thereto, and the Affidavit of Paul Legrand, sworn to December 12, 2008.

*Motion denied. For oral opinion, see record of proceedings.*

*So Ordered.*

*March 3, 2009*

*[signature]*
*United States District Judge*