UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PAUL H. LEGRAND,
               Plaintiff,

     -against-

BARCLAYS CAPITAL, INC.,          07 CV 3918 (MGC)

               Defendant.
-------------------------------------------------------x

### STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action, through their undersigned counsel, hereby jointly STIPULATE AND AGREE to a dismissal, with prejudice, of all claims in this action. Each party shall bear its own attorneys' fees and costs.

Dated:     New York, New York
            April __, 2011

Respectfully submitted,

| LIDDLE & ROBINSON, L.L.P. | SULLIVAN & CROMWELL LLP |
|---|---|
| By: _____ | By: _____ |
| Blaine H. Bortnick | Robin D. Pessel |
| Christine A. Palmieri | Matthew S. FitzWater |
| 800 Third Avenue | Matthew J. Porpora |
| New York, NY 10022 | 125 Broad Street |
| (212) 687-8500 (Telephone) | New York, NY 10004 |
| (212) 687-1505 (Fax) | (212) 558-4000 (Telephone) |
|  | (212) 558-3588 (Fax) |
| *Attorneys for Plaintiff Paul H. Legrand* | *Attorneys for Defendant Barclays Capital, Inc.* |

SO ORDERED.

S/ _____
                             U.S.D.J.

May 5, 2011